IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN O'SHEA; and PAUL GOODRICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL REVIEW, INC.,<br><br>Defendant. | Case No. 5:22-cv-11295-JEL-JJCG<br><br>Honorable Judith E. Levy<br><br>Magistrate Judge Jonathan J.C. Grey |

## NOTICE OF SETTLEMENT

The Plaintiffs in the above-captioned matter hereby advise the Court that after a successful mediation with The Honorable James F. Holderman (Ret.) of JAMS, they have reached a settlement and are in the process of effectuating that settlement. Plaintiffs anticipate filing a dismissal with the Court on or before December 5, 2022.

Dated: November 3, 2022                    Respectfully submitted,

                                                     */s/ Philip L. Fraietta*
                                                   Joseph I. Marchese
                                                   Philip L. Fraietta (P85228)
                                                   BURSOR & FISHER, P.A.
                                                   888 Seventh Avenue
                                                   New York, New York 10019
                                                   Tel: 646.837.7150
                                                   Fax: 212.989.9163

jmarchese@bursor.com
pfraietta@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiffs*